| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:97CR13-017 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Clyde Turner Deloach | DISTRICT Florida Northern | DIVISION Gainesville |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Maurice M. Paul, Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/10/2009 — TO 03/09/2012 |

OFFENSE

Count 1: Conspiracy to Possess with Intent to Distribute Marijuana, Cocaine and Methamphetamine

Count 2: Tampering with a Witness

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Georgia, Valdosta Division, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 25, 2011
Date

Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Georgia

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept 8, 2011
Effective Date

United States District Judge